35 A.3d 2

Rasheem RUSSELL, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 105 EM 2011.

Supreme Court of Pennsylvania.

Jan. 3, 2012.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of January, 2012, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.